AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**FRANTZ MERSIER and<br>PAULA BARBOZA,**<br>*Defendant(s)* | )<br>)<br>) Case No. 21-MJ-6090-JMS<br>)<br>)<br>) |

FILED BY _____ D.C.

FEB 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the dates of    12/7/2020 - 12/9/2020    in the county of    Broward    in the
    Southern    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) and (b)(2), and 2. | Sex Trafficking of a Minor |
| 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography (Barboza Only) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Lauren Darden, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: 02/19/2021

*Judge's signature*

City and state:    Fort Lauderdale, Florida    Jared M. Strauss, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lauren Darden, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2019. Thus, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, et seq.

2. I currently serve as part of the Crimes Against Children group and the FBI Child Exploitation Task Force in the FBI's Miami Field Office. My duties include the investigation of crimes involving the sexual exploitation of minors, including the sex trafficking and commercial trafficking of minors and the possession and production of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking.

3. This Affidavit is submitted in support of a criminal complaint charging **FRANTZ MERSIER** (hereinafter "MERSIER") and **PAULA BARBOZA** (hereinafter "BARBOZA") with sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2), and 2; and BARBOZA with production of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

4. As explained below, there is probable cause to believe that, from on or about December 7, 2020 through on or about December 9, 2020, in Broward County, in the Southern District of Florida, BARBOZA and MERSIER did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, solicit, and patronize by any means a person, that is, the Minor Victim, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe the Minor Victim, that the Minor Victim had not attained the age of 18 years and would be caused to engage in a commercial sex act.

5. Further, there is probable cause to believe that, during that same time period, in Broward County, in the Southern District of Florida, BARBOZA did employ, use, persuade, induce, entice, and coerce a minor, that is, the Minor Victim, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials, that is, a cellular phone, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

6. This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## **PROBABLE CAUSE**

7. The investigation, as described in detail below, has revealed that a 16-year-old minor female (the "Minor Victim") was trafficked for commercial sex, from on or about December 7, 2020, continuing through on or about December 9, 2020, in Broward County, Florida.

8. On or about December 9, 2020, law enforcement responded to a hotel in Hollywood, Florida ("Hollywood Hotel") for the recovery of the Minor Victim.

9. The Minor Victim was interviewed by law enforcement and advised that she ran away from her group foster home on or about December 3, 2020. The Minor Victim stated that while she was on the run, she met an adult male ("Subject 1") on December 6, 2020, near a baseball training facility. The Minor Victim stated that Subject 1 drove her to a residence in Miramar, Florida ("the Miramar Residence"), where MERSIER lived, and she had sex with Subject 1 in his vehicle once they arrived.

10. The Minor Victim stated that at the Miramar Residence, she was introduced to "Mizza," later identified as MERSIER, a 30-year-old male. The Minor Victim stated that Subject 1 told her that she had to "be nice" to MERSIER since MERSIER was allowing her to stay at the Miramar Residence given that the Minor Victim had run away from her group home and did not have anywhere to stay. The Minor Victim stated MERSIER wanted to have sex with her, and she complied because she felt that she had to.

11. The Minor Victim advised that when she first met MERSIER, she told MERSIER that she was 18 years old. To this, MERSIER laughed and advised that he did not believe her.

12. The following day, on or about December 7, 2020, the Minor Victim stated that MERSIER's friend, "Paula," later identified as BARBOZA, a 25-year-old female, came over to

3

the Miramar Residence. BARBOZA told the Minor Victim that she could make a lot of money by engaging in commercial sex acts and advertising herself on the internet.

13. BARBOZA instructed the Minor Victim to pose provocatively while BARBOZA took photographs of the Minor Victim using her cellular phone.[1] The Minor Victim stated that one of the photographs taken depicted the Minor Victim in a bra and underwear sitting on a bed in the residence. The Minor Victim recalled that the bedspread was light brown or tan, with a flower pattern. Another photograph taken depicted the Minor Victim completely naked, positioned on her hands and knees, with her butt and vagina exposed.

14. After the photographs were taken, BARBOZA drove the Minor Victim to meet with another adult male ("Subject 2") at an apartment building. The Minor Victim stated that during the meeting, BARBOZA directed the Minor Victim to have sex with Subject 2, and the Minor Victim complied. The Minor Victim stated that Subject 2 paid $100 to MERSIER via Cash App, an internet-based money transfer application, in order to have sex with the Minor Victim. MERSIER kept all of the proceeds. The Minor Victim advised that MERSIER would continually encourage her to engage in commercial sex acts.

15. The Minor Victim stated that after her meeting with Subject 2, she went back to the Miramar Residence where she had sex with another adult male ("Subject 3"), who was friends with MERSIER. The Minor Victim stated Subject 3 paid the Minor Victim $100 in cash, which MERSIER took from her. The Minor Victim stated she stayed overnight at the Miramar Residence with MERSIER and again had sex with MERSIER.

---

[1] Based on my training and experience, I am aware that this type of cellular phone is manufactured outside of the State of Florida.

4

16. The Minor Victim stated that, on or about December 8, 2020, she was picked up from the Miramar Residence by Subject 3 and another adult male ("Subject 4"). The Minor Victim engaged in sex with both individuals and they each paid her $100.

17. The Minor Victim stated that Subject 3 and Subject 4 then took the Minor Victim to a shopping plaza in where a jewelry store ("the Jewelry Store") was located, in order to meet with MERSIER. When the Minor Victim arrived at the Jewelry Store, she was directed by MERSIER to have sex with another adult male, who she described as a Jeweler ("Subject 5"). The Minor Victim complied and had sex with Subject 5 in the back of the Jewelry Store, on a dark colored couch. The Minor Victim advised that while she was having sex with Subject 5, MERSIER was in the next room in the Jewelry Store.

18. The Minor Victim stated that Subject 5 paid MERSIER approximately $100 in cash after having sex with the Minor Victim. The Minor Victim did not get any of the proceeds. The Minor Victim stated that she and MERSIER then returned to the Miramar Residence via Uber.

19. The Minor Victim stated that, on or about December 9, 2020, BARBOZA and BARBOZA's boyfriend drove the Minor Victim to a Hollywood Hotel where the Minor Victim was ultimately recovered and directed her to remain in the room. The Minor Victim believed that men were going to meet her in the hotel room to engage in more commercial sex acts. Shortly after she arrived at the hotel, the Minor Victim stated that Subject 5 came to the room, and she and Subject 5 again engaged in sexual acts. The Minor Victim stated that Subject 5 had a gun in his waistband while he was in the hotel room.

20. The Minor Victim stated that, after Subject 5 left, the Minor Victim was alone in the hotel room. The Minor Victim called a relative for help, who then called 911 on the Minor

Victim's behalf. The Minor Victim stated that she left her personal items at the Miramar Residence, including a blue shopping bag that contained her undergarments, shoes, clothing, and other personal effects.

### *A Federal Search Warrant was Executed on the Miramar Residence*

21.     On or about December 9, 2020, law enforcement executed a Federal Search Warrant at the Miramar Residence. The blue shopping bag containing the Minor Victim's clothing and personal belongings were recovered.

22.     MERSIER's wallet, identification, and cell phone were present at the Miramar Residence. Although not exhaustive, a forensic examination of MERSIER's phone revealed the following evidence related to the offenses under investigation:

   a.   A social media account belonging to MERSIER which contains images of MERSIER at the Jewelry Store;

   b.   Approximately 32 phone calls and FaceTime calls between MERSIER and a contact saved as "Jeweler",[2] between December 7, 2020 and December 9, 2020.

   c.   Communications between MERSIER and BARBOZA after the Minor Victim was recovered by law enforcement on or about December 9, 2020 discussing whether the Minor Victim was speaking to law enforcement. For example, MERSIER sent BARBOZA a message stating, "She seen my cuz when she was wit the police n ain't stop him or rat him out so I kno u good".

---

[2] This contact had an accompanying telephone number. An open source search of the phone number revealed it is the listed phone number for a jewelry store located in Broward County.

### *BARBOZA was Arrested by State Authorities*

23. On or about December 22, 2020, officers with the Hollywood Police Department arrested BARBOZA on state-related charges. BARBOZA waived her *Miranda* rights and agreed to speak to law enforcement. Post-*Miranda*, BARBOZA admitted to purchasing the Hollywood Hotel room on or about December 9, 2020 for the Minor Victim at the direction of MERSIER. BARBOZA further admitted that she took the nude photographs of the Minor Victim while at the Miramar Residence, at MERSIER's direction.[3]

24. BARBOZA described the Jewelry Store where the Minor Victim was taken to have sex with Subject 5, and identified its general location in Broward County.

25. BARBOZA gave law enforcement consent to search her cell phone. Although not exhaustive, a forensic examination of BARBOZA's phone revealed the following evidence related to the offenses under investigation:

   a. Nude photographs of the Minor Victim taken at the Miramar Residence which clearly portray bedsheets which are consistent with those recovered from the Miramar Residence as a result of the search warrant;[4]

   b. Communications between BARBOZA and various individuals discussing the Minor Victim engaging in commercial sex acts, with BARBOZA and MERSIER controlling the proceeds. For example, on or about December 7, 2020, BARBOZA sent a text message to a contact in her phone stating, "I came to meet this female Ima put to work… I'm taking her to a

---

[3] BARBOZA denied any knowledge of the Minor Victim being underage or engaging in commercial sex acts.

[4] The GPS coordinates associated with these photographs confirm that the photographs were taken at the Miramar Residence.

7

customer now… I'm doing this 50/50 with frantz." In another message with another unknown individual on the same day, BARBOZA sent nude photographs of the Minor Victim, and the following exchange occurred:

| BARBOZA | We went to one trick got a quick 150 |
|---|---|
| BARBOZA | I'm doing it 50/50 with my weedman |
| Unknown | So this is the weedman's girl, u'r just helping? |
| BARBOZA | Yea I'm manager |
| Unknown | [Emoji] yo fl life crazy |
| BARBOZA | He just found her |
| Unknown | Lmao yea so u just help |
| BARBOZA | Lmaoooo |
| Unknown | Manager is the help, he the ceo |
| BARBOZA | Yea and 50/50 not bad |
| Unknown | So what does she make? [Emoji] |
| BARBOZA | Lmfao yeah he's the same one I've always done this with |
| BARBOZA | She makes nothing lmfaooooo |
| Unknown | So in what way is this beneficial for her? |
| BARBOZA | In no way |
| BARBOZA | Idk why girls do this |
| BARBOZA | She has a roof over her head |
| BARBOZA | Ima get her nails done tomorrow |
| Unknown | Yea… that's wild.. mad shitty but I guess if she has no other choice |
| BARBOZA | Having a pimp is dumb as fuck |
| BARBOZA | She can literally do it herself |
| Unknown | If she was smart she would do it herself |
| BARBOZA | She has no phone, no ambition |
| BARBOZA | Dumb as fuck |
| *Some time goes by and then the conversation resumes* | |
| BARBOZA | She's in a house full of 5 men and she's laying on the couch |
| BARBOZA | Sucking dick for free all for a roof |

c. Communications between BARBOZA and a phone number that law enforcement confirmed belongs to MERSIER. For example, on or about December 9, 2020 at approximately 1:59 p.m., BARBOZA and MERSIER discuss the Minor Victim possibly being recovered by law enforcement from the Hollywood Hotel at the time she was briefly left alone:

| MERSIER | Don't go police got here |
|---|---|
| BARBOZA | Got here where wym |

| MERSIER | Man did y'all send a play[5] there or something they aint arrest her but she's detained |
|---|---|
| BARBOZA | No at all |
| BARBOZA | Call me |
| MERSIER | Bruh text me |
| BARBOZA | How do you know that |
| BARBOZA | You not texting me back |
| MERSIER | I'm otp my cuz there remember |
| BARBOZA | We literally were there for 5 min. Dropped her off that's it |
| MERSIER | Y'all stressed me out cause ya'll had 1 job to do smh |

        d.     Communications between BARBOZA and an individual believed to be Subject 2, who was one of the adult males that the Minor Victim engaged in a commercial sex act with on or about December 7, 2020. One of these communications, on or about December 17, 2020, revealed the following exchange:

| Subject 2 | Seriously I enjoyed your little friend, but I still wanted you. It was awkward having you outside. I almost had some guilt. Don't worry, as soon as her panties hit the floor, I was back to normal, but we both know I adore you.<br><br>A little. |
|---|---|
| BARBOZA | LOL |

        e.     Exchanges on BARBOZA's Cash App, including one transaction on or about December 7, 2020 at approximately 10:36 p.m., whereupon an individual believed to be Subject 2 sent BARBOZA $100 for "ho".

### *Further Investigative Steps*

26.     On or about January 4, 2021, law enforcement officers executed a Federal Search Warrant on the Jewelry Store. Law enforcement observed the dark colored couch in the back of

---

[5] A "play" is a common term used by individuals involved in the sex trafficking of minors which means facilitating a monetary exchange for sexual activity.

the Jewelry Store which is consistent with where the Minor Victim advised she engaged in sex acts with Subject 5.

27. Law enforcement presented a photo lineup of MERSIER to the Minor Victim, who positively identified MERSIER as "Mizza".

28. Law enforcement presented a photo lineup of BARBOZA to the Minor Victim, who positive identified BARBOZA as "Paula."

29. An investigation also revealed that BARBOZA rented the Hollywood Hotel room on or about December 9, 2020. A manager from the Hollywood Hotel provided law enforcement with a receipt confirming BARBOZA used her driver's license to rent the room, and paid in cash. Surveillance video was also recovered from the Hollywood Hotel which showed BARBOZA walking into the lobby on or about December 9, 2020, to pay for the room.

[SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

30. Based on the forgoing, I respectfully submit that there is probable cause to support a criminal complaint charging **FRANTZ MERSIER** (hereinafter "MERSIER") and **PAULA BARBOZA** (hereinafter "BARBOZA") with sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2), and 2; and BARBOZA with production of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Lauren Darden, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this 19th day of February,
2021, at Fort Lauderdale, Florida.

JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

11