## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: PAULA BARBOZA (J)# *CELLBLOCK*       CASE NO: 21-6090-STRAUSS

AUSA: Brooke Latta-Zoom *present*        ATTY: Omar Malone (CJA)-Zoom *present*
(If applicable-appeals colloquy)

AGENT: _____        VIOL: _____

PROCEEDING: PRELIM EXAM/PTD HEARING      RECOMMENDED BOND: _____

BOND HEARING HELD: (yes) no           COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

Rule 77.1 advised ✓

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Handwritten notes:
A - agrees to video conference.
Gov't proceeds by proffer.
Agent Laura Darden - sworn.

PTD ordered.
(Risk of flight & danger to the community)

Probable cause found.

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

ARRAIGN.: 3/31/21   11:00am   STRAUSS

CHECK IF APPLICABLE ____: For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 3-3-21   TIME: 10:30 AM   DAR: 10:28:11 and recorded on ZOOM   PAGE: 1

45 min