UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6090-STRAUSS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAULA BARBOZA,

    Defendant.

_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on March 3, 2021, a hearing was held to determine whether Defendant, **Paula Barboza** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, **Paula Barboza** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2) and production of child pornography, in violation of 18 U.S.C. § 2251(a) and (e). Therefore, the Defendant is charged with offenses involving a minor victim. 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that on or about December 7, 2020, the Defendant persuaded a 15 year-old female runaway to engage in sex for pay. The Defendant took provocative photographs of the victim for use in advertising her services. In at least one of the photographs the victim was completely naked. Between December 7, 2020 and December 9, 2020, the victim had sexual relations with five

men and was paid $100.00 on each occasion. The victim did not keep any of the money she earned, but was provided with a place to live. On December 9, 2020, the victim called a relative for help, as well as placing a 911 call. Subsequently, agents recovered text messages from the Defendant ridiculing the victim for working only for a place to stay. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that she is a native of Venezuela who is a naturalized United States Citizen. The Defendant has been employed as a tattoo artist, but has been unemployed since June 2020. For the past 2 years, she has lived with her boyfriend and their minor child, but the child was removed by authorities as the result of the Defendant's State arrest on charges related to the instant case. The Defendant has a number of serious physical problems which require medication and treatment, and she could reside with her mother if released on bond. Although the Defendant does not appear to be a risk of flight, her mother works nights and would not be able to supervise the Defendant's daytime activities. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. There is probable cause to believe the Defendant engaged in sex trafficking of a minor and produced child pornography, offenses involving a minor victim. Accordingly, the Defendant constitutes a danger to other persons and the community. 18 U.S.C. § 3142(g)(4).

5. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a danger to other persons and the community. The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)  That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of March, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brooke Latta (FTL)
Omar Malone, Esq. (CJA)

U.S. Probation Office (FTL)